1060

[No. 37557-5-II.   Division Two.   August 25, 2009.]

KENNETH VELDHEER ET AL., *Respondents*, v. PREMIER
COMMUNITIES, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-01764-7, Gary R. Tabor, J., entered March 21, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 37565-6-II.   Division Two.   August 25, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. BRIAN LEE GARNER,
*Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00594-1, Stephen M. Warning, J., entered March 26, 2008. *Dismissed* by unpublished opinion per Korsmo, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 37615-6-II.   Division Two.   August 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ASTRO A. MILLER,
*Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00092-6, Gordon Godfrey, J., entered April 14, 2008. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 37727-6-II.   Division Two.   August 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL MARTINE
DIAZ ELROD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05769-6, John R. Hickman, J., entered May 2, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Van Deren, C.J., and Houghton, J.